UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 05-20476-CIV-JORDAN

HIDALGO CORP.,

    Plaintiff,

v.

J. KUGEL DESIGNS, INC.,
JULIE SABIN a/k/a JULIE A.
KUGEL a/k/a JULIE K. MOSKOWITZ,
and ROBERT SABIN a/k/a
ROBERTO SABATINO,

    Defendants.
_____/

J. KUGEL DESIGNS, INC.,

    Counter-Plaintiff,

v.

HIDALGO CORP. and SILVIO
HIDALGO, individually

    Counter-Defendants
_____/

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

    Plaintiff, Hidalgo Corp., and Counter-Defendant, Silvio Hidalgo, hereby file this Notice of Supplemental Authority to call the Court's attention to the following decisions in determining whether the Defendants' unauthorized commercial use of Plaintiff's registered mark was likely to cause consumer confusion.

    1.    <u>McNeil-Ppc, Inc. v. Merisant Co.</u>, 2004 U.S. Dist. LEXIS 27733, 70 (D.P.R. 2004) (Once a plaintiff establishes that a defendant has adopted a mark for the purpose of trading

on plaintiffs goodwill, a presumption arises that consumer confusion is likely).

    2.    <u>Nike, Inc, v. Top Brand Co.</u>, 2005 U.S. Dist LEXIS 42374 (D.N.Y. 2005) (Evidence of intentional copying raises a presumption that a second comer intended to created a confusing similarity of appearance and succeeded).

    3.    <u>Cashmere & Camel Hair Manufacturers Institute v. Saks Fifth Avenue</u>, 284 F.3d 302, 316 (1st Cir. 2002) (it is "well established that if there is proof that a defendant intentionally set out to deceive or mislead consumers, a presumption arises that customers in fact have been deceived").

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all Counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those Counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        WOLFE & GOLDSTEIN, P.A.
        Counsel for Plaintiff/Counter-Defendant
        Hidalgo Corp. and Silvio Hidalgo
        100 S.E. Second Street
        Suite 3300
        Miami, Florida 33131
        Telephone:    (305) 381-7115
        Facsimile:    (305) 381-7116

        By: /s/ Richard C. Wolfe
            RICHARD C. WOLFE
            Fla. Bar No: 355607

2

WOLFE & GOLDSTEIN, P.A. • 100 S.E. Second Street, Suite 3300 • Miami, Florida 33131
Telephone: (305) 381-7115 • Facsimile: (305) 381-7116

SERVICE LIST

Hidalgo Corp. versus J. Kugel Designs, Inc., Julie Sabin a/k/a
Julie A. Kugel a/k/a Julie K. Moskowitz, and Robert Sabin
Case No. 05-20476-CIV-JORDAN
United States District Court, Southern District of Florida

| | |
|---|---|
| John Galardi Gale, Esq. | Roberto Villasante, Esq. |
| 2400 South Dixie Highway | rvillasante@villasantelaw.com |
| Suite 100 | Roberto Villasante P.A. |
| Miami, Florida 33133 | 4000 Ponce De Leon Blvd. |
| Telephone: (305) 856-4111 | Suite 470 |
| Facsimile: (305) 856-4030 | Coral Gables, Florida 33146 |
| Attorneys for Defendants, J. Kugel Designs, | Telephone: (305) 373-6548 |
| Inc., Julie Sabin a/k/a Julie A. Kugel a/k/a Julie | Facsimile: (305) 373-6568 |
| K. Moskowitz, and Robert Sabin | Attorneys for Defendants, J. Kugel Designs, |
| | Inc., Julie Sabin a/k/a Julie A. Kugel a/k/a Julie |
| | K. Moskowitz, and Robert Sabin |