UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-20476-CIV-ALTONAGA

**HIDALGO CORP.**,

    Plaintiff,

vs.

**J. KUGEL DESIGNS, INC.**; **JULIE SABIN** a/k/a **JULIE KUGEL** a/k/a **JULIE K. MOSKOWITZ**; and **ROBERT SABIN** a/k/a **ROBERTO SABATINO**,

    Defendants.
_____/

**J. KUGEL DESIGNS, INC.**,

    Counter-Plaintiff,

vs.

**HIDALGO CORP.**, and **SILVIO HIDALGO**, individually,

    Counter-Defendants.
_____/

## FINAL JUDGMENT

This cause came for trial before the Court, and the issues having been duly tried and the Court having entered its written findings of fact and conclusions of law, it is

**ORDERED AND ADJUDGED** that Plaintiff shall take nothing and this action is dismissed on the merits. It is further **ORDERED** that Counter-Plaintiff shall take nothing and its action is dismissed on the merits.

The Clerk is directed to mark this case as closed and any pending motions are denied as moot.

Case No. 05-20476-Civ-Altonaga

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May, 2007.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record